**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**PROVIDENCE, SC** **SUPERIOR COURT**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND** | : | |
| | : | |
| **vs.** | : | |
| | : | **KM-2005-0347** |
| **RAYMOND LYNCH** | : | |

**JUDGMENT**

This matter came to be heard on the Petitioner's Application for Post-Conviction Relief and after hearing thereon, the Court has DENIED and DISMISSED the Application.

**Entered by:** Ragosta, J. **Per Order:** M.K. Rachiele

**Dated:** 5/1/07

**CERTIFICATION**

I hereby certify that a true copy of the within Order was sent to Raymond Lynch on the 1st day of May, 2007.

M.K. Rachiele