**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Raymond Lynch**
**Petitioner**

**V.**

**Case Number: C.A. NO. 07-83S**

**Warden Whitman**
**Respondent**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Respondent, State of Rhode Island, against the Petitioner, Raymond Lynch pursuant to the Court's Order dated May 11, 2007, adopting the Magistrate's Report and Recommendation dated April 25, 2007, and dismissing the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.**

**May 14, 2007**
**Date**

Doreen Baldwell
**Deputy Clerk**