UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Raymond Lynch

vs. CA 07-360ML

Warden Weeden

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **November 30, 2007.**

SO ORDERED

Mary M. Lisi
Chief United States District Judge
November 8 ,2007

Entered as an Order of this Court on November 9 , 2007.

Deputy Clerk