**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RAYMOND LYNCH** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-360ML** |
| | : | |
| **WARDEN WEEDEN** | : | |

**APPENDIX**

In accordance with Rule 5 of the Rules Governing Section 2254 Cases In The United States District Courts and AP 4(b)(1)(C), the State has attached copies of the briefs that the Petitioner and the State filed in the Rhode Island Supreme Court, as well as the decision of the Rhode Island Supreme Court, *see* State v. Lynch, 854 A.2d 1022 (R.I. 2004).

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

Date: November 20, 2007

**CERTIFICATION**

I also certify that I sent a copy of this Appendix to the following by first-class mail on November 20, 2007:

Raymond Lynch
P.O. Box 8273
Cranston, R.I. 02920