UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND LYNCH
VS.
WARDEN WEEDEN

C.A. NO. 07-360ML

PETITIONER'S MOTION TO DISMISS DEFENDANT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS

NOW COMES THE PETITIONER, RAYMOND LYNCH, AND HEREBY MOVES THE COURT TO DISMISS THE DEFENDANT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS.

THE PETITIONER PRAYS THAT THIS HONORABLE COURT SHALL GRANT THIS MOTION.

NOVEMBER 23, 2007

Raymond Lynch, PRO SE
RAYMOND LYNCH
BOX 8200
CRANSTON, R.I. 02920

CERTIFICATION

THE PETITIONER CERTIFIES THAT A COPY OF THIS MOTION AND ACCOMPANYING MEMORANDUM WERE MAILED TO AARON WEISMAN, 150 S. MAIN ST., PROVIDENCE, R.I. 02903 ON THE ABOVE DATE.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND LYNCH :
VS. : C.A. NO. 07-360 ML
WARDEN WEEDEN :

MEMORANDUM IN SUPPORT OF PETITIONER'S MOTION TO DISMISS DEFENDANT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS

THE PETITIONER'S APPLICATION FOR POST-CONVICTION RELIEF WAS DISMISSED ON MAY 1, 2007 (CASE NO. KM 05-0347). HE THEN FILED A TIMELY NOTICE OF APPEAL, WHICH THE DEFENDANT IGNORES IN HIS MOTION TO DISMISS. THE NOTICE OF APPEAL WAS DISMISSED ON MAY 18, 2007.

BECAUSE HE IS NOT LEGALLY TRAINED, THE PETITIONER ENTERED A PRO SE APPEAL (CASE NO. SU-07-317), WHICH IS PENDING, INTO THE R.I. SUPREME COURT. THE PETITIONER FEELS THAT HIS STATE REMEDIES ARE EXHAUSTED BECAUSE HE DID "GIVE THE STATE COURTS AN OPPORTUNITY TO ACT ON HIS CLAIMS..." O'SULLIVAN V. BOERCKEL, 526 U.S. 838, 842 (1999). BUT THE NOTICE OF APPEAL WAS DENIED.

THE PETITIONER SEES THAT THE ENTERED APPEAL MAY NOT EVEN BE NECESSARY. CERTAINLY THERE IS

ENOUGH CONFUSION TO WARRANT ENTRY OF THE INSTANT ACTION INTO THE FEDERAL COURT FOR PROPER DETERMINATION OF WHETHER THE PETITIONER'S CLAIMS ARE STATE EXHAUSTED OR NOT.

WHEREFORE, THE PETITIONER REQUESTS THAT THIS HONORABLE COURT SHALL DISMISS "THE DEFENDANT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS, OR STAY THIS PETITION UNTIL R.I. SUP. COURT RULES.

RESPECTFULLY SUBMITTED,
Raymond Lynch, PRO SE

RAYMOND LYNCH
BOX 8200
CRANSTON, R.I. 02920

1. THE DEFENDANT, SHOULD HIS MOTION BE DISMISSED, IS REQUIRED TO SUBMIT COPIES OF THE RECORD WHICH DEAL WITH INSUFFICIENT EVIDENCE CLAIMS, WITH HIS ANSWER.