UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND LYNCH

v. CA 07-360 ML

WARDEN WEEDEN

# ORDER

This matter is before the Court on a Report and Recommendation issued by Magistrate Judge Almond on January 4, 2008. Neither party has filed an objection. Having reviewed the Report and Recommendation, this Court agrees with the Magistrate Judge's conclusion that the instant matter ought to be and it is hereby DISMISSED for the reasons set forth in the Report and Recommendation.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
January 25, 2008