# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**RAYMOND LYNCH**
**Petitioner,**

**vs.** **C.A. N0. 07-360ML**

**WARDEN WEEDEN**
**Respondent.**

## JUDGMENT

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the Respondent Warden Weeden against the Petitioner Raymond Lynch, pursuant to the Order dated January 25, 2007, accepting the Report and Recommendation dated January 4, 2008, and GRANTING the Respondent's Motion to Dismiss, and DISMISSING the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.**

Enter:

J. Duhamel
Deputy Clerk

DATED: **January 25, 2008**